**John L. McDONALD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7078.

United States Court of Appeals, Federal Circuit.

Sept. 14, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Meredyth Cohen Havasy, Michael J. Timinski, Department of Justice, Tracey P. Warren, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

## ON MOTION

### ORDER

John L. McDonald moves with the consent of the Secretary of Veterans Affairs to lift the stay of proceedings and set a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. McDonald's initial brief is due within 40 days from the date of filing of this order.